**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION**

| | |
|---|---|
| KENNETH EARL JENKINS, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ANDREW SAUL, ) </br> COMMISSIONER OF SOCIAL ) </br> SECURITY ADMINISTRATION, ) </br> ) </br> Defendant. ) </br> _____) | Civil Action No. 5:19-1193-DCC-KDW </br></br> ORDER |

For good cause shown, it is hereby ORDERED that this civil action is dismissed without prejudice.

IT IS SO ORDERED.

                                                                                                            s/ Donald C. Coggins, Jr.
                                                                                                            United States District Judge

October 23, 2019
Spartanburg, South Carolina

Submitted by counsel for the plaintiff:

*[signature]*

By: /s/ Danny Mayes
W. DANIEL MAYES